# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDORE B. MENSAH,<br><br>                    Petitioner,<br><br>          v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY, et al.,<br><br>                    Respondents. | Case No. EDCV 18-00462 SJO (AFM)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice as moot.


DATED: 4/24/18

*S. James Otero*

_____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE